AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
Western District of Louisiana

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 1 8 2026

DANIEL J. McCOY, CLERK
BY:_____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Cristobal Escobar | ) | Case No. |
| | ) | 2:26-MJ-00154 |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 12, 2026_____ in the county of _____Vernon_____ in the

_____Western_____ District of _____Louisiana_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 | Threats against President and successors to the Presidency |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexander Marrero, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _June 18, 2026_

_____
*Judge's signature*

City and state:        Lake Charles, Louisiana

Thomas P. LeBlanc, U.S. Magistrate Judge
_____
*Printed name and title*