**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 2:26-mj-00154** |
| **VS.** | * | |
| **CRISTOBAL ESCOBAR** | * | **MAGISTRATE JUDGE LEBLANC** |

**O R D E R**

Defendant appeared in court for an initial appearance on June 24, 2026, at which time he requested a preliminary hearing. The Government requested detention under 18 U.S.C. § 3142(f)(1), which this Court finds appropriate under § 3142(f)(1)(A) (crime of violence) based on the charged offense, and represented that Defendant poses both a risk of flight and a danger to other persons and the community. In response, Defendant also requested a detention hearing and time to prepare for same. Therefore,

**IT IS ORDERED** that a preliminary hearing and detention hearing be held on **June 26, 2026, at 10:00 o'clock a.m.**, in Lake Charles, Louisiana, before Magistrate Judge Thomas P. LeBlanc.

**IT IS FURTHER ORDERED** that pending these hearings, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS FURTHER ORDERED** that the custodian must bring the defendant to the hearing at the time, date, and place set forth above.

THUS DONE AND SIGNED in chambers this 24th day of June, 2026.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE